■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM S. DOUGLAS, AUGUSTUS J. LA COMB, CLARENCE F. LA COMB and HAROLD J. LA COMB, Respondents.— Motion by the New York State District Attorneys' Association for permission to file a brief *amicus curiæ* granted. Motion by All States News Company, Inc., for permission to file a brief *amicus curiæ* granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN KRASKA, Respondent. LORD & TAYLOR, Appellant. MARTIN P. CATHERWOOD, as State Industrial Commissioner, Respondent.— Motion granted, without costs, and without prejudice to an application by the Attorney-General to dismiss the appeal upon terms. (*Matter of Hutton* v. *Ford Motor Co.*, 3 ·A D 2d 169.) Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of OLD REPUBLIC LIFE INSURANCE COMPANY et al., Respondents, against JULIUS S. WIKLER, as Superintendent of Insurance of the State of New York, Appellant.— Motion to add case to the September Term Calendar. Motion denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ DAVID DELORY et al., Plaintiffs, v. GEORGE MARDIGAN, Defendant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 10, 1960 and is ready for argument at the term of this court commencing October 31, 1960, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. — Motion to dismiss appeal from order framing the issues to be tried in a contested probate proceeding granted, with $10 costs. (Cf. Surrogate's Ct. Act, § 288; *Hewlett* v. *Wood*, 62 N. Y. 75; *Matter of Walsh*, 107 Misc. 475.) Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL BARAN et al., Respondents, v. CITY OF COHOES et al., Appellants.— Motion to add case to calendar granted and case set down for argument on September 23, 1960; appellants to file record and brief on or before September 19, 1960 and respondents to file typewritten brief on or before September 26, 1960. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (September 22, 1960)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.:

■ MILDRED K. SHERIDAN, Plaintiff, v. COUNTY OF ST. LAWRENCE, Defendant.— Motion to dismiss appeal granted, by default, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY DOYLE, Appellant.— Motion for an extension. of time within which to perfect appeal granted and time is extended to the term of this court commencing October 31, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD DE GROAT, Appellant.— Appellant's time to perfect his appeal herein is extended to the 31st day of October, 1960.